IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-216-MEF |
| | ) | (WO) |
| CHRISTOPHER COLUMBUS BYRD | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue (Doc. #8) filed on January 14, 2009, it is hereby

ORDERED that the government file a response on or before January 23, 2009 as to why this motion should not be granted.

DONE this the 16th day of January, 2009.

                                          /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE