IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-216-MEF |
| | ) | |
| CHRISTOPHER COLUMBUS BYRD | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The defendant's Objection to the Magistrate Judge Recommendation (Doc. #30) filed on March 31, 2009 is overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on March 23, 2009 (Doc. #28) is adopted;

(3)  The defendant's Motion to Suppress (Doc. #15) and Motion for the Disclosure of the Identity of the Confidential Informant (Doc. #13) are DENIED without prejudice.

DONE this the 1st day of April, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE